# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2014

148065

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

    SC: 148065
    COA: 316734
    Wayne CC: 13-001033-FH

JOSEPH EDWIN PARSONS,
     Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the October 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk

p0319